**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
CHERLENE CHASE MORRIS, :
:
                      Plaintiff, :         No. 18-CV-1920 (OTW)
:
     -against- :               **ORDER**
:
UNITED STATES POSTAL SERVICE, et al., :
:
                      Defendants. :
---------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' joint status report. (ECF 54). The parties' application is GRANTED. Plaintiff and Defendant NALC shall file a joint status letter by **January 24, 2020**.

Because Plaintiff and Defendant USPS have advised that they have a reached a settlement in this matter, the parties shall file the proposed settlement and joint memorandum of law, explaining why the proposed settlement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed by **February 10, 2020**.

**SO ORDERED.**

                                                           *s/ Ona T. Wang*
Dated: January 13, 2020                                     **Ona T. Wang**
     New York, New York                    United States Magistrate Judge