UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHERLENE CHASE MORRIS,

                Plaintiff,

      -against-

NATIONAL ASSOCIATION OF LETTER CARRIERS,

                Defendant.

------------------------------------------------------------x

No. 18-CV-1920 (OTW)

**SETTLEMENT REFERRAL ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties having requested a reference to a magistrate judge for settlement, the parties are directed to submit a joint letter by email to the chambers of the Honorable Barbara Moses, at Moses_NYSDChambers@nysd.uscourts.gov, offering three mutually available dates for an afternoon settlement conference, beginning at 2 pm Mondays through Thursdays under Judge Moses's supervision.

**SO ORDERED.**

Dated: June 17, 2020
New York, New York

                                      *s/ Ona T. Wang*
                                      **Ona T. Wang**
                                      United States Magistrate Judge